**E-Filed 2/14/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINATRUST BANK (U.S.A.), a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACLOR, INC., a Georgia corporation; CHICHENG GUNG aka CURTIS GUNG, an individual; HUILAN CHEN aka HUI LAN CHEN aka JENNIFER CHEN, an individual; ACLOR SERVICIOS OPERATIVOS, an entity, form unknown; and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No. CV 10-5524-JF<br><br>~~[PROPOSED]~~ **ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER RELATED DEADLINES** |

1     Based on the Parties' Joint Stipulation and Request to Continue the Initial Case Management Conference and Other Related Dates, and good cause appearing therefore;

    IT IS HEREBY ORDERED that

    1.    The March 4, 2011 initial Case Management Conference be continued to __May 6_____, 2011, at 10:30 a.m.;

    2.    All other dates associated with the initial Case Management Conference, including the ADR and F.R.C.P. Rule 26(f) deadlines, are continued in accordance with the new Case Management Conference date.

**IT IS SO ORDERED.**

DATED: February __14__, 2011

_____
HON. JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA