1
2
3
4
5
6
7
8
9
10           **UNITED STATES DISTRICT COURT**
11           **NORTHERN DISTRICT OF CALIFORNIA**
12

| CHINATRUST BANK (U.S.A.), a California banking corporation, | Case No. CV 10-5524-JF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE PLAINTIFF CHINATRUST BANK (U.S.A.)'S MOTION TO REMAND** |
| vs. | |
| ACLOR, INC., a Georgia corporation; CHICHENG GUNG aka CURTIS GUNG, an individual; HUILAN CHEN aka HUI LAN CHEN aka JENNIFER CHEN, an individual; ACLOR SERVICIOS OPERATIVOS, an entity, form unknown; and DOES 1 through 60, inclusive, | |
| Defendants. | |

1  Based on the Parties' Joint Stipulation and Request to Continue the Hearing
2  on Plaintiff Chinatrust Bank (U.S.A.)'s ("Chinatrust") Motion to Remand, and good
3  cause appearing therefore;
4  IT IS HEREBY ORDERED that
5  The April 1, 2011 hearing on Chinatrust's Motion to Remand be continued to
6  _____May 6_____, 2011, at 9:00 a.m.

8  **IT IS SO ORDERED.**

10  DATED: March _24_, 2011

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA