**E-Filed 4/26/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINATRUST BANK (U.S.A.), a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACLOR, INC., a Georgia corporation; CHICHENG GUNG aka CURTIS GUNG, an individual; HUILAN CHEN aka HUI LAN CHEN aka JENNIFER CHEN, an individual; ACLOR SERVICIOS OPERATIVOS, an entity, form unknown; and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No. CV 10-5524-JF<br><br>~~[PROPOSED]~~ ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER RELATED DEADLINES |

1    Based on the Parties' Joint Stipulation and Request to Continue the Initial
2 Case Management Conference and Other Related Dates, and good cause appearing
3 therefore;
4    IT IS HEREBY ORDERED that
5    1.   The May 6, 2011 initial Case Management Conference be continued to
6 ___July 1_____, 2011, at 10:30 a.m.;
7    2.   All other dates associated with the initial Case Management
8 Conference, including the ADR and F.R.C.P. Rule 26(f) deadlines, are continued in
9 accordance with the new Case Management Conference date.
10   **IT IS SO ORDERED.**

12 DATED: April 26, 2011

_____
HON. JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA