UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHINA TRUST BANK (U.S.A.), | ) | Case No.: 10-CV-05524-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER REQUESTING STATUS |
| ACLOR INC., et al., | ) | UPDATE |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On October 4, 2011, the Court received notice that the parties completed the mediation process and that the case fully settled. ECF No. 52. The parties are hereby ORDERED to file a joint status update by 5:00 p.m. on October 6, 2011, informing the Court when they plan to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: October 5, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05524-LHK
ORDER REQUESTING STATUS UPDATE