1  **BUCHALTER NEMER**
   A Professional Corporation
2  MIA S. BLACKLER (SBN: 188112)
   333 Market St., 25th Floor
3  San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
4  Facsimile: (415) 227-0770
   mblackler@buchalter.com
5
   **BUCHALTER NEMER**
6  A Professional Corporation
   JEFFREY S. WRUBLE (SBN: 94734)
7  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-2457
8  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400
9  jwruble@buchalter.com

10 Attorneys for Plaintiff
   CHINATRUST BANK, (U.S.A.)
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | CHINATRUST BANK (U.S.A.), a California banking corporation, | Case No. CV 10-5524-LHK |

16 | Plaintiff, | **JOINT REPORT RE STATUS OF LITIGATION** |

17 | vs. | |

18 | ACLOR, INC., a Georgia corporation; CHICHENG GUNG aka CURTIS GUNG, an individual; HUILAN CHEN aka HUI LAN CHEN aka JENNIFER CHEN, an individual; ACLOR SERVICIOS OPERATIVOS, an entity, form unknown; and DOES 1 through 60, inclusive, | |

23 | Defendants. | |

Pursuant to this Court's Order of October 5, 2011 requiring an updated status report, Plaintiff Chinatrust Bank (U.S.A.) ("Chinatrust"), and Defendants Aclor, Inc., Chicheng Gung aka Curtis Chung, Hulian Chen aka Hui Lan Chen aka Jennifer Chen, and Aclor Servicios Operativos (collectively "Defendants") submit the following information.

The Parties mediated this action on September 23, 2011, with Robert Freitas, Esq. as the mediator. Chinatrust was present at the mediation and represented by Mia S. Blackler. Defendants Aclor and Chung were present at the mediation, and all Defendants were represented by Brian Hail.

The Parties reached a settlement at the mediation, and an initial settlement agreement was executed at the mediation with the Parties' collective understanding that final settlement documents would be drafted subsequently. Chinatrust's counsel has provided draft settlement documentation to Defendants' counsel for review, and the Parties are hopeful that the documents will be signed by no later than within a week's time.

Although the terms of the Parties' settlement are confidential, a Stipulation to Entry of Judgment will be filed as part of the settlement documentation. The Parties further anticipate that they will either file a stipulation for dismissal of the action, or that a judgment will be entered against Defendants, by no later than mid-November 2011.

Respectfully submitted,

DATED: October 6, 2011

**BUCHALTER NEMER**
A Professional Corporation

By: */s/ Mia S. Blackler*
MIA S. BLACKLER
Attorneys for Plaintiff
CHINATRUST BANK

| | | |
|---|---|---|
| 1 | DATED: October 6, 2011 | **GRUBER HURST JOHANSEN HAIL SHANK** |

By: _____/s/ Brian N. Hail_____
BRIAN N. HAIL
Attorneys for Defendants
ACLOR, INC.; CHICHENG GUNG aka
CURTIS GUNG; HUILAN CHEN aka
HUI LAN CHEN aka JENNIFER CHEN;
and ACLOR SERVICIOS
OPERATIVOS

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 10134858v1

3