UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHINA TRUST BANK (U.S.A.), | ) | Case No.: 10-CV-05524-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER SETTING FURTHER CASE |
| ACLOR INC., et al., | ) | MANAGEMENT CONFERENCE |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 6, 2011, the Court received notice that the parties expect to file a stipulation of dismissal no later than mid-November 2011. ECF No. 54. The Court hereby sets a further case management conference for November 30, 2011, at 2:00 p.m. By November 23, 2011, the parties shall either file their stipulation of dismissal or, if they are unable to do so, file a joint case management statement. The parties' counsel will be required to attend the case management conference in person.

**IT IS SO ORDERED.**

Dated: October 28, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge