BUCHALTER NEMER
A Professional Corporation
MIA S. BLACKLER (SBN: 188112)
333 Market St., 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
mblackler@buchalter.com

BUCHALTER NEMER
A Professional Corporation
JEFFREY S. WRUBLE (SBN: 94734)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
jwruble@buchalter.com

Attorneys for Plaintiff
CHINATRUST BANK, (U.S.A.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINATRUST BANK (U.S.A.), a California banking corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>ACLOR, INC., a Georgia corporation; CHICHENG GUNG aka CURTIS GUNG, an individual; HUILAN CHEN aka HUI LAN CHEN aka JENNIFER CHEN, an individual; ACLOR SERVICIOS OPERATIVOS, an entity, form unknown; and DOES 1 through 60, inclusive,<br><br>           Defendants. | Case No. 10-CV-05524-LHK<br><br>[~~PROPOSED~~] ORDER RE VOLUNTARY DISMISSAL OF ACTION |

1  Based on the Parties' Stipulation for Voluntary Dismissal, and good cause
2  appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in its
3  entirety with prejudice.
4  **IT IS SO ORDERED.**

6  DATED: November __9__, 2011

*Lucy H. Koh*
HON. LUCY H. KOH
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA