1  BUCHALTER NEMER
   A Professional Corporation
2  MIA S. BLACKLER (SBN: 188112)
   333 Market St., 25th Floor
3  San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
4  Facsimile: (415) 227-0770
   mblackler@buchalter.com
5
   BUCHALTER NEMER
6  A Professional Corporation
   JEFFREY S. WRUBLE (SBN: 94734)
7  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-2457
8  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400
9  jwruble@buchalter.com

10 Attorneys for Plaintiff
   CHINATRUST BANK, (U.S.A.)
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 CHINATRUST BANK (U.S.A.), a          Case No. 10-CV-05524-LHK
   California banking corporation,
16
              Plaintiff,                [~~PROPOSED~~] ORDER RE
17                                      VOLUNTARY DISMISSAL OF
       vs.                              ACTION
18
   ACLOR, INC., a Georgia
19 corporation; CHICHENG GUNG
   aka CURTIS GUNG, an individual;
20 HUILAN CHEN aka HUI LAN
   CHEN aka JENNIFER CHEN, an
21 individual; ACLOR SERVICIOS
   OPERATIVOS, an entity, form
22 unknown; and DOES 1 through 60,
   inclusive,
23
              Defendants.

1   Based on the Parties' Stipulation for Voluntary Dismissal, and good cause
2   appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in its
3   entirety with prejudice.
4   **IT IS SO ORDERED.**

6   DATED: November __9__, 2011

_Lucy H. Koh_
HON. LUCY H. KOH
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA